435 A.2d 1330

Redevelopment Authority v. U. S. Fidelity and Guarantee Co., Appellants.

(

Argued April 14, 1980. G. N. Evashavik, for appellants; Robert W. McFate, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.